Order Filed on
**11/15/2010**
by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br> Adam Daniel Cramer | Case No.:  ___09-34568___ |
| | Adv. No.:  ___09-02946___ |
| | Hearing Date:  _____ |
| Hannah Grace Hill          (Plaintiff)<br><br>v.<br><br>Adam Daniel Cramer          (Defendant) | Judge:  __Kathryn C. Ferguson__ |

## ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 11/15/2010**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

| | | |
|---|---|---|
| 00. | ❏ | Transfer to another district |
| 01. | ❏ | Dismissed for want of prosecution |
| 02. | ❏ | Dismissed or settled without entry of judgment |
| 03. | ☑ | Abstention |
| 04. | ❏ | Judgment entered by default |
| 05. | ❏ | Judgment entered on consent |
| 06. | ❏ | Transferred to District Court for jury trial |
| 07. | ❏ | Transferred to District Court (Other than for jury trial) |
| 08. | ❏ | Judgment entered on directed verdict after jury trial |
| 09. | ❏ | Judgment entered after bench trial by bankruptcy judge |
| 0A. | ❏ | Withdrawal of Reference by District Court |
| 0D. | ❏ | Transferred to another divisional office in the same district |
| 0X. | ❏ | Other |
| 10. | ❏ | Remanded to State Court |
| 11. | ❏ | Judgment entered on Motion for Summary Judgment |
| 12. | ❏ | Judgment Entered after jury trial before bankruptcy judge |
| 13. | ❏ | Judgment entered (other) |

*Rev. 8/1/07*

2

*Approved by Judge Kathryn C. Ferguson  November 15, 2010*